# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00075-CV

### Christie Turner Schultz, Appellant

### v.

### Derrick Schultz, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-004740, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Christie Turner Schultz filed a notice of appeal from a final order in a suit to modify the parent-child relationship, which has been docketed in this Court as cause number 03-22-00762-CV. That same day, Schultz filed a statement of inability to pay court costs. *See* Tex. R. Civ. P. 145(b); *see also* Tex. R. App. P. 20.1 (providing procedure for establishing inability to pay court costs on appeal). After the court reporter notified Schultz that she would not provide the reporter's record without payment, Schultz filed a "petition for indigency status" in the trial court, and the matter was set for an evidentiary hearing. *See* Tex. R. Civ. P. 145(e). Following the hearing, on January 31, 2023, the trial court signed an order denying Schultz's "petition for indigency status" and requiring her to pay court costs. *See id.* R. 145(f)(1) ( oral evidentiary hearing required). The trial court also issued detailed findings as

to Schultz's income and expenses and concluded that she is "not indigent" and "can afford to pay all costs of court." *See id.* R. 145(f)(2) (detailed findings required).

Schultz has filed a motion challenging the trial court's January 31, 2023 order sustaining the challenge to her statement of inability to afford payment of court costs. *See id.* R. 145(g). Having reviewed the motion and the record, we cannot conclude that the trial court's order constitutes an abuse of discretion. *See Basaldua v. Hadden*, 298 S.W.3d 238, 241 (Tex. App.—San Antonio 2009, no pet.) (reviewing trial court's order sustaining contest to indigency under abuse-of-discretion standard); *see also Thienan Bui v. Beck & Co. Real Estate Servs., Inc.*, No. 03-16-00882-CV, 2017 WL 279615, at *2 (Tex. App.—Austin Jan. 19, 2017, no pet.) (mem. op.) (per curiam) (same). Accordingly, we deny Schultz's motion. *See* Tex. R. Civ. P. 145(g)(4).

Before Justices Baker, Smith, and Jones[*]

Filed: May 18, 2023

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).